**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NANCY POLLICK,

          Respondent

          v.

CYNTHIA L. POLLICK,

          Petitioner

:  No. 218 MAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.